VILLAGE OF RIDGEWOOD v. CYRUS YEKTA AND
L.J. CONSTRUCTION CO., INC. v. BOROUGH
OF HO–HO–KUS.

January 22, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK WINTERS.

January 22, 1985.

Petition for certification denied.

MAYOR H. PAUL v. OHIO CASUALTY INSURANCE COMPANY.

January 22, 1985.

Petition for certification denied.   (See 196 *N.J.Super.* 286)

STATE OF NEW JERSEY v. WILLIAM CREAMER.

January 22, 1985.

Petition for certification denied.